719 A.2d 1039

**Eric NELSON and Catherine Nelson, Petitioners,**

**v.**

**Sandra BROADHEAD and State Farm Mutual Insurance Company, Intervenor.**

Supreme Court of Pennsylvania.

Nov. 2, 1998.

## ORDER

**PER CURIAM:**

**AND NOW,** this 2nd day of November, 1998, the Petition for Allowance of Appeal is hereby **DENIED** pursuant to *Donnelly v. Bauer,* 553 Pa. 596, 720 A.2d 447 (1998).